UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-

17-CR-6089-DGL

JEB TYLER,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on June 20, 2018, the defendant, JEB TYLER, pled guilty to a two-count Superseding Information (docket no. 17-CR-6089) that charged him with a violation of Title 18, United States Code, Section 1349 (conspiracy to commit wire fraud), and, Title 26, United States Code, Section 7206(1) (filing a false tax return), and,

WHEREAS, from the defendant's conviction on Count 1, and from his admission in the written plea agreement that certain property is subject to forfeiture, the government has established the requisite nexus between the property and the offense committed by the defendant and therefore the following property is subject to forfeiture:

> $477,331.89 in lieu of 4385 County Road 16, Canandaigua, New York, that is all that tract or parcel of land situated in the town of Canandaigua, county of Ontario, and state of New York, and more particularly described in a certain deed recorded in the Ontario County Clerk's Office in Liber of Deeds 01270 at Page 0751.

NOW THEREFORE, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section

2461(c), and the incorporated procedures of Title 21, United States Code, Section 853, it is hereby;

ORDERED, ADJUDGED, and DECREED that pursuant to Title 21, United States Code, Section 853(c) and (e) through (p), as incorporated by Title 18, United States Code, Section 982(b), the above listed property and/or any interest therein is hereby condemned and forfeited to the United States of America and shall be disposed of according to law; and it is further

ORDERED, ADJUDGED, and DECREED that this Order shall serve as a judgment in favor of the United States of America regarding any and all of the Defendant's right, title, and interest in the above described property. The property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law, and the United States of America shall seize the aforementioned property, and shall protect the interests of the Government in the property ordered forfeited by providing a copy of this Order to any person or entity which has possession of, or jurisdiction over the forfeited interests, and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession of the property; and it is further

ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(h), following the seizure of the property ordered forfeited, the Attorney General shall direct the disposition of the property, making due provision for the rights of any innocent persons; and it is further

ORDERED, ADJUDGED, and DECREED that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General may direct, and provide notice that any person, other than the defendant, having or claiming a legal interest in the above forfeited property must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for request of a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any of the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified, and it is further,

ORDERED, ADJUDGED, AND DECREED, that in the event that a Final Order of Forfeiture is issued concerning the subject property, the United States Marshals Service shall dispose of the forfeited property according to law.  The United States Marshals Service shall be reimbursed for all costs incurred arising from the seizure and custody of said property.  All

remaining funds shall be deposited with the United States Department of Justice Asset Forfeiture Fund; and it is further,

ORDERED, ADJUDGED, AND DECREED, that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Dated:   Rochester, New York, June 27, 2018.

_____
HONORABLE DAVID G. LARIMER
United States District Court Judge